[No. 53521-8-I.   Division One.   August 1, 2005.]

*In the Matter of the Marriage of* SAILESH NARAYAN, *Respondent*, and LAURRIE GALBRAITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-05522-6, John P. Erlick, J., entered November 12, 2003. *Affirmed* by unpublished opinion per Cook, J. Pro Tem., concurred in by Coleman and Appelwick, JJ.

[No. 53523-4-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DENG M. KUMDAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00853-9, Ronald Kessler, J., entered November 14, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53777-6-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES DEWAYNE FENTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01129-5, Ellen J. Fair, J., entered January 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53937-0-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER JAMES HENDRIX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06261-4, Donald D. Haley, J., entered March 8, 2004. *Affirmed* by unpublished per curiam opinion.